**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Randall Brian Keiser                    D. Heath Trahan
Keiser Law Firm                         Keiser Law Firm
P.O. Box 12358                          P. O. Box 12358
Alexandria LA 71315-2394                Alexandria LA 71315-2358

**REHEARING ACTION: March 19, 2014**

**Docket Number: 12   01349-CA**

**KEVIN W. JONES, SR.**
**VERSUS**
**TOWN OF WOODWORTH, ET AL**

**Appealed from Rapides Parish Case No. 240270**

**BEFORE JUDGES:**

    Hon. Jimmie C. Peters
    Hon. Elizabeth A. Pickett
    Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Town of Woodworth and David Sikes** has this day been

    **DENIED.**

cc: Edward Larvadain  Jr., Counsel for the Appellant